IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ABEDE DASILVA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:18-cv-00640 |
| | ) | Judge Trauger |
| JEFFREY L. REINKING, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Joint Motion to Extend Time Necessary for Plaintiff to Respond to Defendant's Motion to Dismiss (Docket No. 17) is GRANTED. The plaintiff may have until November 15, 2018 within which to respond to the pending Motion to Dismiss.

The initial case management conference scheduled for September 10, 2018 is CONTINUED, to be reset, if appropriate, following disposition of this motion.

It is so **ORDERED**.

ENTER this 27th day of August 2018.

_____
ALETA A. TRAUGER
U.S. District Judge