| | | |
|---|---|---|
| 8/23/2017 18:57(UTC-5) From: +13094021494 Reinking Travis * Direction: Incoming | Subject: No subject Body: Attachments: IMG952011.png | Status: Read Priority: Low |
| 8/23/2017 18:57(UTC-5) From: +13094021494 Reinking Travis * Direction: Incoming | Subject: No subject Body: Attachments: IMG952010.png | Status: Read Priority: Low |
| 8/15/2017 22:52(UTC-5) From: +13094021494 Reinking Travis * Direction: Incoming | Subject: No subject Body: So your not doing this dad? Attachments: IMG951981.3gp | Status: Read Priority: Low |
| 8/7/2017 10:56(UTC-5) To: +13094021494 Reinking Travis * Direction: Outgoing | Subject: No subject Body: Attachments:    20170805_131810.mp4    20170805_131810.mp4 | Status: Sent |
| 8/7/2017 10:47(UTC-5) To: +13094021494 Reinking Travis * Direction: Outgoing | Subject: No subject Body: Attachments: 20170805_131843.jpg | Status: Sent |
| 8/7/2017 10:42(UTC-5) To: +13094021494 Reinking Travis * Direction: Outgoing | Subject: No subject Body: | Status: Sent |

| | | |
|---|---|---|
| 6/1/2017<br>01:47(UTC-5)<br>From:<br>+13094021494<br>Remaling Travis *<br><br>Direction:<br>Incoming | Subject: No Subject<br>Body:<br>Yes too much. As in your a psychopath that is doing this shit to me because of what other people tell you<br><br>I don't know why I can't say what I feel, without having to live in fear of someone threatening me with CPS or threatening to kick me out of the apartment<br><br>You and these people want to get all fucking hurt hurt because I'm not brutally honest with you, so you can not get fired. But then when I'm brutally honest with you, you don't like that either, try to manipulate and control my life after.<br><br>So you can do all this with these fucking people, because your fucking butt hurt that I didn't tell you the whole truth the past few years. The thing is, you would have been even more butt hurt, and I would have lost my job, because I chose to tell you about my personal life.<br><br>I don't have to tell you about my personal life, and you don't have to tell me the truth either.<br><br>The difference is, I wasn't assaulting anyone by negating some of the truth. You are actually assaulting me with organized crime, and then being dishonest about doing it.<br><br>If I ever get proof, and I will if you are doing this, then I will be pressing criminal charges against you. As well as everyone else who was involved in this. I will also be suing for punitive damages, among many other things, for you and these other people driving from me, and wasting my time.<br><br>Unlike you, I'd do things the right way, in a court of law. A court where someone has the right to defend themselves, as well as their sanity.<br><br>If you get butt hurt over the fact that I believe this, and told you the truth about it, then I guess I'll have to accept the consequences.<br><br>I'd like to be able to finish my invention patents, and community service before taking another job. Maybe slaving this without me arrested and imprisoned again, or kicked out before I can accomplish that, but then I'll just add that to the crime space that houses everything that you've done to destroy my life<br><br>I really believe that you, and these people who are doing this, could in fact fit the profile of a psychopath. I don't say that to insult you, but only to make you more aware of how you are treating others around you<br><br>I've been sexually assaulted by this person, and I'm mentally assaulted day after day. I was already sexually assaulted in the past, and now I'm forced to relive that with someone new, because of people who help condition it happening, like you<br><br>You sold my hopes and dreams out as a kid. You were more concerned about how you appealed to other people, than to who I was as a person growing up. You told my heart for the price of bread it would gain you for our family, and in our church, I had to figure it out on my own, after you beat me down to nothing. Only to find that we are here at the cross roads again, and you choose to sell my passion again, for another slice of bread. For thirty pieces of silver.<br><br>You've done a lot of good things that I'm grateful for dad. You always provided for us, and put food on the table. I don't hate you for anything that you've done, I only hate the actions that you take, and the ways in which I'm harmed by it. I won't be abused anymore by anyone. Do whatever I have to do, to avoid that. I will do | Status: Read<br>Priority: LOW |
| 7/1/2017<br>21:00(UTC-5)<br>From:<br>+13094021494<br>Remaling Travis *<br><br>Direction:<br>Incoming | Subject: No Subject<br>Body:<br>Attachments:<br><br><br><br>IMG_2666.jpg | Status: Read<br>Priority: LOW |
| 4/17/2017<br>16:01(UTC-5)<br>From:<br>+13094021494<br>Remaling Travis *<br><br>Direction:<br>Incoming | Subject: No Subject<br>Body:<br>foaming a crane for mine body. it's an 800ft. Pretty nice rig<br>Attachments:<br><br><br><br>IMG_1600.jpg | Status: Read<br>Priority: LOW |
| 4/3/2017<br>17:10(UTC-5)<br>To:<br>+13094021494<br>Remaling Travis *<br><br>Direction:<br>Outgoing | Subject: No Subject<br>Body:<br>Attachments:<br><br><br><br>20170403_164343.mp4 | Status: Sent |
| 4/3/2017<br>17:07(UTC-5)<br>To:<br>+13094021494<br>Remaling Travis *<br><br>Direction:<br>Outgoing | Subject: No Subject<br>Body:<br>Attachments:<br><br><br><br>20170403_164343.mp4 | Status: Sent |

| | | |
|---|---|---|
| 4/3/2017<br>17:05(UTC-5)<br>To:<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | Subject: No subject<br>Body:<br>Attachments:<br><br>20170403_164343.mp4 | Status: Sent |
| 4/3/2017<br>17:03(UTC-5)<br>To:<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | Subject: No subject<br>Body:<br>Attachments:<br><br>20170403_164343.mp4 | Status: Sent |
| 4/3/2017<br>17:01(UTC-5)<br>To:<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | Subject: No subject<br>Body:<br>Attachments:<br><br>20170403_164343.mp4 | Status: Sent |

| | | | | | |
|---|---|---|---|---|---|
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 11/19/2017<br>11:50(UTC-6) | | | Sent | Service |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 11/19/2017<br>11:50(UTC-6) | | | Sent | We went to early. |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 11/19/2017<br>11:47(UTC-6) | | | Read | Your not going to church? |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 11/19/2017<br>11:40(UTC-6) | | | Sent | Food is almost ready want to join us. |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 11/19/2017<br>11:21(UTC-6) | | | Sent | We r home. And having breakfast casserole soon. |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 11/18/2017<br>13:15(UTC-6) | | | Read | Ok |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 11/18/2017<br>13:12(UTC-6) | | | Sent | Should be after church |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 11/18/2017<br>13:07(UTC-6) | | | Read | Will you be around tomorrow |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 11/16/2017<br>11:16(UTC-6) | | | Read | Is there a day you could meet me out of state, or will you just let me take them? |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 11/12/2017<br>19:42(UTC-6) | | | Sent | Ok |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 11/12/2017<br>18:05(UTC-6) | | | Read | Dad, I got a place out of town now, so I'm going to need to get my firearms back from you somehow. |

| | | | | |
|---|---|---|---|---|
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 10/18/2017<br>11:35(UTC-5) | | Sent | K thanks |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 10/18/2017<br>11:32(UTC-5) | | Read | I'm busy today. |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 9/22/2017<br>07:27(UTC-5) | | Sent | Ok |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 9/22/2017<br>00:28(UTC-5) | | Read | I have to work for pastor Steve tomorrow |
| To<br>+16154055521<br>Tommy Atkins Kellys<br>Builder *<br><br>Direction:<br>Outgoing | 9/2/2017<br>11:20(UTC-5) | | Sent | Got it  thanks. |

| | | | | |
|---|---|---|---|---|
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 8/25/2017<br>17:06(UTC-5) | | Read | https://youtu.be/9yMEds30ya8 |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 8/23/2017<br>18:54(UTC-5) | | Read | Robinhood - Stock Trading by Robinhood<br>Markets, Inc.<br>https://itunes.apple.com/us/app/robinhood-stock-<br>trading/id938003185?mt=8 |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 8/17/2017<br>18:02(UTC-5) | | Read | K |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 8/17/2017<br>17:56(UTC-5) | | Sent | Yes even gear lube as long as it's not like<br>solvents or paint that have a high flash points |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 8/17/2017<br>17:30(UTC-5) | | Read | It will burn it? |

| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 8/17/2017<br>17:28(UTC-5) | | Sent | Yes |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 8/17/2017<br>17:25(UTC-5) | | Read | Can I put atf in the oil burner or no? |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 8/11/2017<br>15:11(UTC-5) | | Sent | I can give you a ride |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 8/11/2017<br>15:10(UTC-5) | | Sent | It's back in motorhome room |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 8/11/2017<br>15:02(UTC-5) | | Read | Do you care if I stop and get my bike? I locked my keys in my truck and I need to ride my bike to go get it |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 8/9/2017<br>19:24(UTC-5) | | Read | Can I get a copy of the video you took? I will give you a copy of mine. I just want people to hear both sides of the story. |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 8/8/2017<br>11:59(UTC-5) | | Sent | That would help. |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 8/8/2017<br>11:27(UTC-5) | | Read | Dad I checked on insurance for that truck, and it's cheaper than my car. I thought that was interesting |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 8/7/2017<br>10:43(UTC-5) | | Sent | |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 7/31/2017<br>21:10(UTC-5) | | Sent | K   I love you too. |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 7/31/2017<br>21:08(UTC-5) | | Read | Excuse me for venting earlier dad. I feel terrible if I'm accusing you of something your not involved in. I don't know what to believe anymore.<br><br>Have fun on vacation, and tell mom and Gabe that I love them. I love you to dad. |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 7/28/2017<br>10:27(UTC-5) | | Sent | Sorry I missed your call last night. Try me again. |

| | | | | | |
|---|---|---|---|---|---|
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 7/26/2017<br>12:43(UTC-5) | | | Sent | How did everything go and your stuff came in for boxes I put it up outside your door |

| | | | | | |
|---|---|---|---|---|---|
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 7/26/2017<br>08:18(UTC-5) | | | Sent | He does |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 7/26/2017<br>08:06(UTC-5) | | | Read | I'm supposed to be getting a keyboard and stand in from ups. I think that guy knows the combo to the door though. |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 7/26/2017<br>07:59(UTC-5) | | | Read | Ok |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 7/26/2017<br>07:49(UTC-5) | | | Sent | I have my tax appointment this morning then I will go get my haircut |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 7/26/2017<br>07:11(UTC-5) | | | Read | Are you going to be at the shop today? |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 7/21/2017<br>12:07(UTC-5) | | | Sent | Do u want to go to lunch. |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 7/16/2017<br>21:12(UTC-5) | | | Sent | That looks good. Looks more midsized |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 7/16/2017<br>21:02(UTC-5) | | | Read | Or pewter |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 7/16/2017<br>21:01(UTC-5) | | | Read | Except it's baige |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 7/15/2017<br>19:01(UTC-5) | | | Sent | Ok |

| | | | | |
|---|---|---|---|---|
| From<br>++13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 7/15/2017<br>19:00(UTC-5) | | Read | I was going to get a room to go to church in the morning, but I don't want to see any of those people anyway. |
| From<br>++13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 7/15/2017<br>18:59(UTC-5) | | Read | Idk dad I think I'm just going to head out of here. |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 7/15/2017<br>18:54(UTC-5) | | Sent | Where South Brentwood about 5 miles off of 65 |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 7/15/2017<br>18:51(UTC-5) | | Read | Sure |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 7/15/2017<br>18:50(UTC-5) | | Sent | Do you want to still meet? |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 7/15/2017<br>18:49(UTC-5) | | Read | I just ate at Taco Bell |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 7/15/2017<br>18:48(UTC-5) | | Sent | Let us know where I can put in GPS |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 7/15/2017<br>18:48(UTC-5) | | Sent | Sorry just go text. We could |

| | | | | |
|---|---|---|---|---|
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 7/15/2017<br>18:17(UTC-5) | | Read | Do you guys want to have dinner later? |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 6/23/2017<br>14:35(UTC-5) | | Read | I wanted to tell you, that I'm going to get something's finished up here, and then I'm moving out of state again for work. So you don't have to worry about me ever again. |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 6/17/2017<br>17:50(UTC-5) | | Sent | Can u come down and talk a minute |

| | | | | |
|---|---|---|---|---|
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 6/16/2017<br>11:51(UTC-5) | | Sent | Call u call me when u get a chance  thanks |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 6/10/2017<br>11:43(UTC-5) | | Sent | Thanks I'll run by there |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 6/10/2017<br>11:07(UTC-5) | | Read | Their is a red jeep Cherokee for sale at the corner of Baer and 9 right now for 6k. Looks newer and nice. |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 6/9/2017<br>11:03(UTC-5) | | Read | You are the same type of people who nailed Jesus to the cross. They acted out of fear, because of what they didn't understand. |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 6/9/2017<br>09:19(UTC-5) | | Read | So don't say nobody warned you |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 6/9/2017<br>08:35(UTC-5) | | Read | You're going to hell for what you are doing |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 6/9/2017<br>07:13(UTC-5) | | Sent | go to O'Brien's main office right there by detweiler Marina |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 6/8/2017<br>22:04(UTC-5) | | Sent | Did u receive a new company credit card in the last week. |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 6/8/2017<br>18:41(UTC-5) | | Read | K |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 6/8/2017<br>18:41(UTC-5) | | Sent | I might not know till morning |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 6/8/2017<br>18:25(UTC-5) | | Sent | I'm checking |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 6/8/2017<br>18:11(UTC-5) | | Read | There is multiple locations for that. |

| | | | | |
|---|---|---|---|---|
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 6/8/2017<br>18:11(UTC-5) | | Read | There is multiple locations for that. |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 6/8/2017<br>17:57(UTC-5) | | Sent | It's for Fritch Heating and Cooling |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 6/8/2017<br>17:57(UTC-5) | | Sent | Take the Excel because the new 40 has an oil leak and go to O'Brien steel  be down there at 8 thanks |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 6/8/2017<br>17:53(UTC-5) | | Read | What time |

| | | | | |
|---|---|---|---|---|
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 6/8/2017<br>17:46(UTC-5) | | Sent | Can u set rooftops in am |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 6/8/2017<br>09:48(UTC-5) | | Sent | I can see what's on for tomorrow |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 6/8/2017<br>09:48(UTC-5) | | Sent | Sorry already left |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 6/8/2017<br>09:41(UTC-5) | | Read | What time |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 6/8/2017<br>07:32(UTC-5) | | Sent | Can u run me to Williamsville this am |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 6/7/2017<br>22:19(UTC-5) | | Sent | Do u want to go with me to do a 4ot job tomorrow. |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/31/2017<br>09:54(UTC-5) | | Sent | Want to go with me to bloomington  to pick up my computer. |

| | | | | |
|---|---|---|---|---|
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/29/2017<br>19:00(UTC-5) | | Sent | Were here |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 5/29/2017<br>18:42(UTC-5) | | Read | Ok |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/29/2017<br>18:42(UTC-5) | | Sent | We can come by shortly |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/29/2017<br>18:41(UTC-5) | | Sent | Sure |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 5/29/2017<br>18:40(UTC-5) | | Read | Can you pick me up if we go to bdubbs? |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/28/2017<br>17:37(UTC-5) | | Sent | Come over |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 5/28/2017<br>17:37(UTC-5) | | Read | Yup |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/28/2017<br>17:35(UTC-5) | | Sent | Do you want to go out in the boat |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/24/2017<br>19:12(UTC-5) | | Sent | K |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 5/24/2017<br>19:09(UTC-5) | | Read | I thought about it, but I think I'm going to stay in tonight. I went and played basketball uptown and my legs are sore |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/24/2017<br>18:53(UTC-5) | | Sent | You can come over. |

| From / To | Date/Time | | Status | Message |
|---|---|---|---|---|
| From +13094021494 Reinking Travis * Direction: Incoming | 5/23/2017 20:23(UTC-5) | | Read | It got to the point where I was going to kill myself, and one night I had a dream that Robin Williams appeared to me in a dream, and told me "it's not true, they are just saying that". I think that was the only thing that kept me from killing myself, because these people kept making up lies, and I didn't know what was true. These people tried to kill me. |
| From +13094021494 Reinking Travis * Direction: Incoming | 5/23/2017 20:19(UTC-5) | | Read | Dad, I remember along time ago, right after I wrote Taylor, I went outside, and you were sitting there in the mini excavator. You wouldn't tell me what was going on, and you had this moony look on your face. These people told me that you guys signed a non disclosure agreement, to hide it from me. If your helping them, please stop no matter what it cost you. I don't think you fully realize what these people have been doing to me. |
| From +13094021494 Reinking Travis * Direction: Incoming | 5/22/2017 06:44(UTC-5) | | Read | I thought you were going to say, "then get your butt out of bed and get it yourself." Haha |
| To +13094021494 Reinking Travis * Direction: Outgoing | 5/22/2017 06:44(UTC-5) | | Sent | K |
| From +13094021494 Reinking Travis * Direction: Incoming | 5/22/2017 06:43(UTC-5) | | Read | No |
| To +13094021494 Reinking Travis * Direction: Outgoing | 5/22/2017 06:42(UTC-5) | | Sent | Any thing else |
| From +13094021494 Reinking Travis * Direction: Incoming | 5/22/2017 06:42(UTC-5) | | Read | Yes |
| To +13094021494 Reinking Travis * Direction: Outgoing | 5/22/2017 06:41(UTC-5) | | Sent | Do u want a coffee |
| From +13094021494 Reinking Travis * Direction: Incoming | 5/22/2017 06:41(UTC-5) | | Read | Yea |
| To +13094021494 Reinking Travis * Direction: Outgoing | 5/22/2017 06:38(UTC-5) | | Sent | R u up |
| To +13094021494 Reinking Travis * Direction: Outgoing | 5/21/2017 12:31(UTC-5) | | Sent | K |

| | | | | |
|---|---|---|---|---|
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 5/21/2017<br>12:25(UTC-5) | | Read | Yea I can just meet you at the baseball fields. |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/21/2017<br>12:23(UTC-5) | | Sent | Do you want to just come here or meet<br>somewhere |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/21/2017<br>12:23(UTC-5) | | Sent | Sure |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 5/21/2017<br>12:22(UTC-5) | | Read | Ok yea do you want to go now? |

| | | | | |
|---|---|---|---|---|
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/21/2017<br>12:16(UTC-5) | | Sent | We can go anytime |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 5/21/2017<br>12:13(UTC-5) | | Read | What time are you going? |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/21/2017<br>12:07(UTC-5) | | Sent | Gabe and I were thinking about going to the ball<br>diamonds to practice later. U want to come. |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/21/2017<br>11:55(UTC-5) | | Sent | I guess I don't know how to get them to stop at<br>this point. But maybe them not getting access is<br>good. |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 5/21/2017<br>11:42(UTC-5) | | Read | I don't agree with them breaking into my personal<br>property either, and violating my rights to privacy.<br>So I'm going to do what I have to do. |

| From +13094021494 Reinking Travis * Direction: Incoming | 5/21/2017 11:40(UTC-5) | | Read | It kind of sucks that I can't use the internet anymore, but oh well. I don't have to listen to this. |
|---|---|---|---|---|
| From +13094021494 Reinking Travis * Direction: Incoming | 5/21/2017 11:38(UTC-5) | | Read | I don't want to be told gay things inadvertently when I'm trying to learn about something else, and they have been saying stupid stuff like, I'm a transsexual. and things like that. These people are making assumptions about what I'm experiencing, and forcing their own subjective thoughts on me, over the internet.

I mean, I've already heard it all at this point. It just gets annoying when they keep repeating it over and over. They clearly don't understand how I think. |
| From +13094021494 Reinking Travis * Direction: Incoming | 5/21/2017 11:32(UTC-5) | | Read | Yea these people are still listening and reading stuff on my phone over the internet. I'm pretty certain they can use the GPS receiver on my phone to track me too.

I'm not into all that, so I decided that I would just go up to the library if I want to learn about something. |
| To +13094021494 Reinking Travis * Direction: Outgoing | 5/21/2017 10:50(UTC-5) | | Sent | Ok. Is someone bothering you. |
| From +13094021494 Reinking Travis * Direction: Incoming | 5/21/2017 09:13(UTC-5) | | Read | Hey dad, I think I'm going to start keeping my phone turned off regularly, except when I'm at work. I will check it periodically through the weekends and at nights, but if you don't hear from me right away, that's why. |
| To +13094021494 Reinking Travis * Direction: Outgoing | 5/19/2017 15:35(UTC-5) | | Sent | Can u call me when u can |
| To +13094021494 Reinking Travis * Direction: Outgoing | 5/19/2017 15:35(UTC-5) | | Sent | Can u call me when u can |
| To +13094021494 Reinking Travis * Direction: Outgoing | 5/19/2017 06:43(UTC-5) | | Sent | Job is off till Monday |
| To +13094021494 Reinking Travis * Direction: Outgoing | 5/18/2017 18:35(UTC-5) | | Sent | K see u then |
| From +13094021494 Reinking Travis * Direction: Incoming | 5/18/2017 18:12(UTC-5) | | Read | I'll plan on 7 if I don't hear from you |

| From +13094021494 Reinking Travis * Direction: Incoming | 5/18/2017 17:49(UTC-5) | | Read | I don't want to step on anybody's toes dad, if you like what you got going on. If you want Jeff to go with you tomorrow that's ok to. I don't plan on doing this long term, where Jeff has been with you for awhile. I just wonder if some of that stuff is why work cut back. I know I probably upset the grain flow guys, so maybe I wasn't the best employee either. |
|---|---|---|---|---|

| To +13094021494 Reinking Travis * Direction: Outgoing | 5/15/2017 09:32(UTC-5) | | Sent | 906 Laurie court it's a little different than this but it still got me here |
|---|---|---|---|---|
| From +13094021494 Reinking Travis * Direction: Incoming | 5/15/2017 09:25(UTC-5) | | Read | Could you spell the street name for me dad? I'm not seeing anything for laury |
| To +13094021494 Reinking Travis * Direction: Outgoing | 5/13/2017 19:56(UTC-5) | | Sent | K thanks |
| From +13094021494 Reinking Travis * Direction: Incoming | 5/13/2017 19:24(UTC-5) | | Read | 29 1/2 inches |
| From +13094021494 Reinking Travis * Direction: Incoming | 5/10/2017 09:15(UTC-5) | | Read | http://navalaviationnews.navylive.dodlive.mil/2017/03/14/ramjet-new-threats-call-for-old-tech/ |
| From +13094021494 Reinking Travis * Direction: Incoming | 5/10/2017 09:15(UTC-5) | | Read | Dad I just found this today on the internet. It always seems like I'm a few months too late to everything. |
| From +13094021494 Reinking Travis * Direction: Incoming | 5/9/2017 18:47(UTC-5) | | Read | They are rolling that thing over to the edge |
| From +13094021494 Reinking Travis * Direction: Incoming | 5/9/2017 18:14(UTC-5) | | Read | You and me both pal! |
| To +13094021494 Reinking Travis * Direction: Outgoing | 5/9/2017 18:12(UTC-5) | | Sent | Really I'll be the last one out |

| From/To | Date/Time | | Status | Message |
|---|---|---|---|---|
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 5/9/2017<br>18:07(UTC-5) | | Read | Yea seven was going to be too late |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/9/2017<br>05:06(UTC-5) | | Sent | R u up |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 5/8/2017<br>19:41(UTC-5) | | Read | Ok sounds good |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/8/2017<br>19:37(UTC-5) | | Sent | I'll pick u up at 5 30 |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 5/7/2017<br>20:40(UTC-5) | | Read | Yea your welcome. See you then |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/7/2017<br>20:25(UTC-5) | | Sent | Thanks for helping me with the screens today I'll see you at the shop at 5:30 thanks |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/7/2017<br>11:32(UTC-5) | | Sent | See you soon thanks |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 5/7/2017<br>11:31(UTC-5) | | Read | Ok |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/7/2017<br>11:31(UTC-5) | | Sent | Hey I'm just getting ready to cook pork chops on the grill with mashed potatoes and corn on the cob you're welcome to come |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 5/5/2017<br>16:55(UTC-5) | | Read | Do you still need me dad? I can get ready |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/5/2017<br>13:34(UTC-5) | | Sent | They just called and said we could probably move them cranes around about 3:30 this afternoon let me know if that works for you thanks |

| | | | | |
|---|---|---|---|---|
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/3/2017<br>20:13(UTC-5) | | Sent | Well u tube just saved me a bunch of money again. Got the washer fixed |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/3/2017<br>18:36(UTC-5) | | Sent | Sure thanks for helping me. |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 5/3/2017<br>15:31(UTC-5) | | Read | Thanks for buying, and taking me to lunch dad. Thanks for going with me and helping me. |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/2/2017<br>19:35(UTC-5) | | Sent | I don't have address  call me. I was in shower earlier. |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 5/2/2017<br>19:30(UTC-5) | | Read | Yea text me the address |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/2/2017<br>19:24(UTC-5) | | Sent | Rooftop 4 standard |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/2/2017<br>19:24(UTC-5) | | Sent | Didn't know if you would want to do a short job in am. |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 5/1/2017<br>12:31(UTC-5) | | Read | Ok thanks |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 5/1/2017<br>12:30(UTC-5) | | Sent | 3804 |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 4/16/2017<br>08:55(UTC-5) | | Sent | Happy Easter  love you. |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 4/3/2017<br>17:51(UTC-5) | | Sent | It does work with the stripper down I just didn't put it down  just so u  could see it |

| | | | Read | Yea an somehow it would have to work with safety systems like that thing to brace the metal down |
|---|---|---|---|---|
| From +13094021494 Reinking Travis ' Direction: Incoming | 4/3/2017 17:49(UTC-5) | | Read | |
| To +13094021494 Reinking Travis ' Direction: Outgoing | 4/3/2017 17:48(UTC-5) | | Sent | Unless I made a an adjustable unit to fit tables |
| To +13094021494 Reinking Travis ' Direction: Outgoing | 4/3/2017 17:46(UTC-5) | | Sent | I guess I wouldn't if I had a beefy enough rail ? |
| From +13094021494 Reinking Travis ' Direction: Incoming | 4/3/2017 17:40(UTC-5) | | Read | Wouldn't you need the rail on the other side to keep it square |
| To +13094021494 Reinking Travis ' Direction: Outgoing | 4/3/2017 17:03(UTC-5) | | Sent | I guess I can only send 60 second Clips on this so I did divided up sorry |

| | | | Read | Yea just use that as a stepping stone to fund bigger ideas. |
|---|---|---|---|---|
| From +13094021494 Reinking Travis ' Direction: Incoming | 4/3/2017 14:44(UTC-5) | | Read | |
| To +13094021494 Reinking Travis ' Direction: Outgoing | 4/3/2017 14:36(UTC-5) | | Sent | Yeah that was my thinking to retire early and move on to a different design |
| From +13094021494 Reinking Travis ' Direction: Incoming | 4/3/2017 14:36(UTC-5) | | Read | Then sell the whole business after it's established, and retire early. |
| From +13094021494 Reinking Travis ' Direction: Incoming | 4/3/2017 14:35(UTC-5) | | Read | Yea that was just for the patent. If you could afford to manufacture and market it, you would probably make a lot more. |
| To +13094021494 Reinking Travis ' Direction: Outgoing | 4/3/2017 14:34(UTC-5) | | Sent | Wow |
| From +13094021494 Reinking Travis ' Direction: Incoming | 4/3/2017 14:28(UTC-5) | | Read | I know a guy who had a simple idea, and he sold it to a company for half a mil. |

| | | | | |
|---|---|---|---|---|
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 4/3/2017<br>14:44(UTC-5) | | Read | Yea just use that as a stepping stone to fund bigger ideas. |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 4/3/2017<br>14:36(UTC-5) | | Sent | Yeah that was my thinking to retire early and move on to a different design |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 4/3/2017<br>14:36(UTC-5) | | Read | Then sell the whole business after it's established, and retire early. |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 4/3/2017<br>14:35(UTC-5) | | Read | Yea that was just for the patent. If you could afford to manufacture and market it, you would probably make a lot more. |
| To<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Outgoing | 4/3/2017<br>14:34(UTC-5) | | Sent | Wow |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 4/3/2017<br>14:28(UTC-5) | | Read | I know a guy who had a simple idea, and he sold it to a company for half a mil. |
| From<br>+13094021494<br>Reinking Travis *<br><br>Direction:<br>Incoming | 4/3/2017<br>14:27(UTC-5) | | Read | I wouldn't text that guy about it and remind him if your serious about getting a patent. |

| | | | | |
|---|---|---|---|---|
| Incoming | | 4/3/2017 14:27(UTC-5) | From: +13094021494 Reinking Travis | I wouldn't text that guy about it and remind him if your serious about getting a patent. |
| Incoming | | 4/3/2017 14:28(UTC-5) | From: +13094021494 Reinking Travis | I know a guy who had a simple idea, and he sold it to a company for half a mil. |
| Outgoing | | 4/3/2017 14:34(UTC-5) | To: +13094021494 Reinking Travis | Wow |
| Incoming | | 4/3/2017 14:35(UTC-5) | From: +13094021494 Reinking Travis | Yea that was just for the patent. If you could afford to manufacture and market it, you would probably make a lot more. |
| Incoming | | 4/3/2017 14:36(UTC-5) | From: +13094021494 Reinking Travis | Then sell the whole business after it's established, and retire early. |
| Outgoing | | 4/3/2017 14:36(UTC-5) | To: +13094021494 Reinking Travis | Yeah that was my thinking to retire early and move on to a different design |
| Incoming | | 4/3/2017 14:44(UTC-5) | From: +13094021494 Reinking Travis | Yea just use that as a stepping stone to fund bigger ideas. |
| Outgoing | 1 | 4/3/2017 17:01(UTC-5) | To: +13094021494 Reinking Travis | 20170403_164343(5) .mp4 |

| | | | | |
|---|---|---|---|---|
| Outgoing | | 4/3/2017 17:03(UTC-5) | To: +13094021494 Reinking Travis | I guess I can only send 60 second Clips on this so I did divided up sorr |
| Outgoing | 1 | 4/3/2017 17:03(UTC-5) | To: +13094021494 Reinking Travis | 20170403_164343(4) .mp4 |
| Outgoing | 1 | 4/3/2017 17:05(UTC-5) | To: +13094021494 Reinking Travis | 20170403_164343(3) .mp4 |
| Outgoing | 1 | 4/3/2017 17:07(UTC-5) | To: +13094021494 Reinking Travis | 20170403_164343(2) .mp4 |
| Outgoing | 1 | 4/3/2017 17:10(UTC-5) | To: +13094021494 Reinking Travis | 20170403_164343.m p4 |
| Incoming | | 4/3/2017 17:40(UTC-5) | From: +13094021494 Reinking Travis | Wouldn't you need the rail on the other side to keep it square |
| Outgoing | | 4/3/2017 17:46(UTC-5) | To: +13094021494 Reinking Travis | I guess I wouldn't if I had a beefy enough rail ? |
| Outgoing | | 4/3/2017 17:48(UTC-5) | To: +13094021494 Reinking Travis | Unless I made a an adjustable unit to fit tables |
| Incoming | | 4/3/2017 17:49(UTC-5) | From: +13094021494 Reinking Travis | Yea an somehow it would have to work with safety systems like that thing to brace the metal down |
| Outgoing | | 4/3/2017 17:51(UTC-5) | To: +13094021494 Reinking Travis | It does work with the stripper down I just didn't put it down just so u could see it |
| Outgoing | | 4/16/2017 08:55(UTC-5) | To: +13094021494 Reinking Travis | Happy Easter love you. |
| Incoming | 1 | 4/17/2017 15:01(UTC-5) | From: +13094021494 Reinking Travis | Running a crane for mike today. It's an 800E. Pretty nice rig IMG_1600.jpg |

| | | | | | |
|---|---|---|---|---|---|
| Outgoing | | | | 5/1/2017<br>12:30(UTC-5) | To: +13094021494<br>Reinking Travis | 3804 |
| Incoming | | | | 5/1/2017<br>12:31(UTC-5) | From: +13094021494<br>Reinking Travis | Ok thanks |
| Outgoing | | | | 5/2/2017<br>19:24(UTC-5) | To: +13094021494<br>Reinking Travis | Didn't know if you would want to do a short job in am. |
| Outgoing | | | | 5/2/2017<br>19:24(UTC-5) | To: +13094021494<br>Reinking Travis | Rooftop 4 standard |
| Incoming | | | | 5/2/2017<br>19:30(UTC-5) | From: +13094021494<br>Reinking Travis | Yea text me the address |
| Outgoing | | | | 5/2/2017<br>19:35(UTC-5) | To: +13094021494<br>Reinking Travis | I don't have address  call me. I was in shower earlier. |
| Incoming | | | | 5/3/2017<br>15:31(UTC-5) | From: +13094021494<br>Reinking Travis | Thanks for buying, and taking me to lunch dad. Thanks for going with me and helping me. |
| Outgoing | | | | 5/3/2017<br>18:36(UTC-5) | To: +13094021494<br>Reinking Travis | Sure  thanks for helping me. |
| Outgoing | | | | 5/3/2017<br>20:13(UTC-5) | To: +13094021494<br>Reinking Travis | Well u tube just saved me a bunch of money again. Got the washer fixed |
| Outgoing | | | | 5/5/2017<br>13:34(UTC-5) | To: +13094021494<br>Reinking Travis | They just called and said we could probably move them cranes around about 3:30 this afternoon let me know if that works for you thanks |
| Incoming | | | | 5/5/2017<br>16:55(UTC-5) | From: +13094021494<br>Reinking Travis | Do you still need me dad? I can get ready |
| Outgoing | | | | 5/7/2017<br>11:31(UTC-5) | To: +13094021494<br>Reinking Travis | Hey I'm just getting ready to cook pork chops on the grill with mashed potatoes and corn on the cob you're welcome to come |
| Incoming | | | | 5/7/2017<br>11:31(UTC-5) | From: +13094021494<br>Reinking Travis | Ok |
| Outgoing | | | | 5/7/2017<br>11:32(UTC-5) | To: +13094021494<br>Reinking Travis | See you soon thanks |
| Outgoing | | | | 5/7/2017<br>20:25(UTC-5) | To: +13094021494<br>Reinking Travis | Thanks for helping me with the screens today I'll see you at the shop at 5:30 thanks |
| Incoming | | | | 5/7/2017<br>20:40(UTC-5) | From: +13094021494<br>Reinking Travis | Yea your welcome. See you then |
| Outgoing | | | | 5/8/2017<br>19:37(UTC-5) | To: +13094021494<br>Reinking Travis | I'll pick u up at 5 30 |
| Incoming | | | | 5/8/2017<br>19:41(UTC-5) | From: +13094021494<br>Reinking Travis | Ok sounds good |
| Outgoing | | | | 5/9/2017<br>05:06(UTC-5) | To: +13094021494<br>Reinking Travis | R u up |
| Incoming | | | | 5/9/2017<br>18:07(UTC-5) | From: +13094021494<br>Reinking Travis | Yea seven was going to be too late |
| Outgoing | | | | 5/9/2017<br>18:12(UTC-5) | To: +13094021494<br>Reinking Travis | Really I'll be the last one out |
| Incoming | | | | 5/9/2017<br>18:14(UTC-5) | From: +13094021494<br>Reinking Travis | You and me both pall |
| Incoming | | | | 5/9/2017<br>18:47(UTC-5) | From: +13094021494<br>Reinking Travis | They are rolling that thing over to the edge |
| Incoming | | | | 5/10/2017<br>09:15(UTC-5) | From: +13094021494<br>Reinking Travis | Dad I just found this today on the internet. It always seems like I'm a few months too late to everything. |

| | | | | |
|---|---|---|---|---|
| Incoming | | | 5/10/2017 09:15(UTC-5) | From: +13094021494 Reinking Travis | http://navalaviationnews.navylive.dodlive.mil/2 017/03/14/ramjet-new-threats-call-for-old-tech/ |
| Incoming | | | 5/13/2017 19:24(UTC-5) | From: +13094021494 Reinking Travis | 29 1/2 inches |
| Outgoing | | | 5/13/2017 19:56(UTC-5) | To: +13094021494 Reinking Travis | K thanks |
| Incoming | | | 5/15/2017 09:25(UTC-5) | From: +13094021494 Reinking Travis | Could you spell the street name for me dad? I'm not seeing anything for laury |
| Outgoing | | | 5/15/2017 09:32(UTC-5) | To: +13094021494 Reinking Travis | 906 Laurie court it's a little different than this but it still got me here |
| Incoming | | | 5/18/2017 17:49(UTC-5) | From: +13094021494 Reinking Travis | I don't want to step on anybody's toes dad, if you like what you got going on. If you want Jeff to go with you tomorrow that's ok to. I don't plan on doing this long term, where Jeff has been with you for awhile. I just wonder if some of that stuff is why work cut back. I know I probably upset the grain flow guys, so maybe I wasn't the best employee either. |
| Incoming | | | 5/18/2017 18:12(UTC-5) | From: +13094021494 Reinking Travis | I'll plan on 7 if I don't hear from you |
| Outgoing | | | 5/18/2017 18:35(UTC-5) | To: +13094021494 Reinking Travis | K see u then |
| Outgoing | | | 5/19/2017 06:43(UTC-5) | To: +13094021494 Reinking Travis | Job is off till Monday |
| Outgoing | | | 5/19/2017 15:35(UTC-5) | To: +13094021494 Reinking Travis | Can u call me when u can |
| Outgoing | | | 5/19/2017 15:35(UTC-5) | To: +13094021494 Reinking Travis | Can u call me when u can |
| Incoming | | | 5/21/2017 09:13(UTC-5) | From: +13094021494 Reinking Travis | Hey dad, i think I'm going to start keeping my phone turned off regularly, except when I'm at work. I will check it periodically through the weekends and at nights, but if you don't hear from me right away, that's why. |
| Outgoing | | | 5/21/2017 10:50(UTC-5) | To: +13094021494 Reinking Travis | Ok. Is someone bothering you. |
| Incoming | | | 5/21/2017 11:32(UTC-5) | From: +13094021494 Reinking Travis | Yea these people are still listening and reading stuff on my phone over the internet. I'm pretty certain they can use the GPS receiver on my phone to track me too.<br><br>I'm not into all that, so I decided that I would just go up to the library if I want to learn about something. |
| Incoming | | | 5/21/2017 11:38(UTC-5) | From: +13094021494 Reinking Travis | I don't want to be told gay things inadvertently when I'm trying to learn about something else, and they have been saying stupid stuff like, I'm a transsexual, and things like that. These people are making assumptions about what I'm experiencing, and forcing their own subjective thoughts on me, over the internet.<br><br>I mean, I've already heard it all at this point. It just gets annoying when they keep repeating it over and over. They clearly don't understand how I think. |
| Incoming | | | 5/21/2017 11:40(UTC-5) | From: +13094021494 Reinking Travis | It kind of sucks that I can't use the internet anymore, but oh well. I don't have to listen to this. |
| Incoming | | | 5/21/2017 11:42(UTC-5) | From: +13094021494 Reinking Travis | I don't agree with them breaking into my personal property either, and violating my rights to privacy. So I'm going to do what I have to do. |
| Outgoing | | | 5/21/2017 11:55(UTC-5) | To: +13094021494 Reinking Travis | I guess I don't know how to get them to stop at this point. But maybe them not getting access is good. |

| | | | | | |
|---|---|---|---|---|---|
| Outgoing | | | 5/21/2017 12:07(UTC-5) | To: +13094021494 Reinking Travis | Gabe and I were thinking about going to the ball diamonds to practice later. U want to come. |
| Incoming | | | 5/21/2017 12:13(UTC-5) | From: +13094021494 Reinking Travis | What time are you going? |
| Outgoing | | | 5/21/2017 12:16(UTC-5) | To: +13094021494 Reinking Travis | We can go anytime |
| Incoming | | | 5/21/2017 12:22(UTC-5) | From: +13094021494 Reinking Travis | Ok yea do you want to go now? |
| Outgoing | | | 5/21/2017 12:23(UTC-5) | To: +13094021494 Reinking Travis | Sure |
| Outgoing | | | 5/21/2017 12:23(UTC-5) | To: +13094021494 Reinking Travis | Do you want to just come here or meet somewhere |
| Incoming | | | 5/21/2017 12:25(UTC-5) | From: +13094021494 Reinking Travis | Yea I can just meet you at the baseball fields. |
| Outgoing | | | 5/21/2017 12:26(UTC-5) | To: +13094021494 Reinking Travis | K |
| Incoming | | | 5/21/2017 12:26(UTC-5) | From: +13094021494 Reinking Travis | I'll head that way. I'm turning my phone off. |
| Outgoing | | | 5/21/2017 12:31(UTC-5) | To: +13094021494 Reinking Travis | K |
| Outgoing | | | 5/22/2017 06:38(UTC-5) | To: +13094021494 Reinking Travis | R u up |
| Incoming | | | 5/22/2017 06:41(UTC-5) | From: +13094021494 Reinking Travis | Yea |
| Outgoing | | | 5/22/2017 06:41(UTC-5) | To: +13094021494 Reinking Travis | Do u want a coffee |
| Incoming | | | 5/22/2017 06:42(UTC-5) | From: +13094021494 Reinking Travis | Yes |

| | | | | | |
|---|---|---|---|---|---|
| Outgoing | | | 5/22/2017 06:42(UTC-5) | To: +13094021494 Reinking Travis | Any thing else |
| Incoming | | | 5/22/2017 06:43(UTC-5) | From: +13094021494 Reinking Travis | No |
| Outgoing | | | 5/22/2017 06:44(UTC-5) | To: +13094021494 Reinking Travis | K |
| Incoming | | | 5/22/2017 06:44(UTC-5) | From: +13094021494 Reinking Travis | I thought you were going to say, "then get your butt out of bed and get it yourself." Haha |
| Incoming | | | 5/23/2017 20:19(UTC-5) | From: +13094021494 Reinking Travis | Dad, I remember along time ago, right after I wrote Taylor, I went outside, and you were sitting there in the mini excavator. You wouldn't tell me what was going on, and you had this moony look on your face. These people told me that you guys signed a non disclosure agreement, to hide it from me. If your helping them, please stop no matter what it cost you. I don't think you fully realize what these people have been doing to me. |
| Incoming | | | 5/23/2017 20:23(UTC-5) | From: +13094021494 Reinking Travis | It got to the point where I was going to kill myself, and one night I had a dream that Robin Williams appeared to me in a dream, and told me "it's not true, they are just saying that". I think that was the only thing that kept me from killing myself, because these people kept making up lies, and I didn't know what was true. These people tried to kill me. |

| | | | | |
|---|---|---|---|---|
| Outgoing | | | 5/24/2017 18:53(UTC-5) | To: +13094021494 Reinking Travis | You can come over. |
| Incoming | | | 5/24/2017 19:09(UTC-5) | From: +13094021494 Reinking Travis | I thought about it, but I think I'm going to stay in tonight. I went and played basketball uptown and my legs are sore |
| Outgoing | | | 5/24/2017 19:12(UTC-5) | To: +13094021494 Reinking Travis | K |
| Outgoing | | | 5/28/2017 17:35(UTC-5) | To: +13094021494 Reinking Travis | Do you want to go out in the boat |
| Incoming | | | 5/28/2017 17:37(UTC-5) | From: +13094021494 Reinking Travis | Yup |
| Outgoing | | | 5/28/2017 17:37(UTC-5) | To: +13094021494 Reinking Travis | Come over |
| Incoming | | | 5/29/2017 18:40(UTC-5) | From: +13094021494 Reinking Travis | Can you pick me up if we go to bdubbs? |
| Outgoing | | | 5/29/2017 18:41(UTC-5) | To: +13094021494 Reinking Travis | Sure |
| Outgoing | | | 5/29/2017 18:42(UTC-5) | To: +13094021494 Reinking Travis | We can come by shortly |
| Incoming | | | 5/29/2017 18:42(UTC-5) | From: +13094021494 Reinking Travis | Ok |
| Outgoing | | | 5/29/2017 19:00(UTC-5) | To: +13094021494 Reinking Travis | Were here |
| Outgoing | | | 5/31/2017 09:54(UTC-5) | To: +13094021494 Reinking Travis | Want to go with me to bloomington to pick up my computer. |
| Outgoing | | | 6/7/2017 22:19(UTC-5) | To: +13094021494 Reinking Travis | Do u want to go with me to do a 4ot job tomorrow. |
| Outgoing | | | 6/8/2017 07:32(UTC-5) | To: +13094021494 Reinking Travis | Can u run me to Williamsville this am |
| Incoming | | | 6/8/2017 09:41(UTC-5) | From: +13094021494 Reinking Travis | What time |
| Outgoing | | | 6/8/2017 09:48(UTC-5) | To: +13094021494 Reinking Travis | Sorry already left |
| Outgoing | | | 6/8/2017 09:48(UTC-5) | To: +13094021494 Reinking Travis | I can see what's on for tomorrow |
| Outgoing | | | 6/8/2017 17:46(UTC-5) | To: +13094021494 Reinking Travis | Can u set rooftops in am |
| Incoming | | | 6/8/2017 17:53(UTC-5) | From: +13094021494 Reinking Travis | What time |
| Outgoing | | | 6/8/2017 17:57(UTC-5) | To: +13094021494 Reinking Travis | Take the Excel because the new 40 has an oil leak and go to O'Brien steel be down there at 8 thanks |
| Outgoing | | | 6/8/2017 17:57(UTC-5) | To: +13094021494 Reinking Travis | It's for Fritch Heating and Cooling |
| Incoming | | | 6/8/2017 18:11(UTC-5) | From: +13094021494 Reinking Travis | There is multiple locations for that. |
| Outgoing | | | 6/8/2017 18:25(UTC-5) | To: +13094021494 Reinking Travis | I'm checking |
| Outgoing | | | 6/8/2017 18:41(UTC-5) | To: +13094021494 Reinking Travis | I might not know till morning |
| Incoming | | | 6/8/2017 18:41(UTC-5) | From: +13094021494 Reinking Travis | K |
| Outgoing | | | 6/8/2017 22:04(UTC-5) | To: +13094021494 Reinking Travis | Did u receive a new company credit card in the last week. |
| Outgoing | | | 6/9/2017 07:13(UTC-5) | To: +13094021494 Reinking Travis | go to O'Brien's main office right there by detweiller Marina |
| Incoming | | | 6/9/2017 08:35(UTC-5) | From: +13094021494 Reinking Travis | You're going to hell for what you are doing |

| | | | | |
|---|---|---|---|---|
| Incoming | | 6/9/2017 09:19(UTC-5) | From: +13094021494 Reinking Travis | So don't say nobody warned you |
| Incoming | | 6/9/2017 11:03(UTC-5) | From: +13094021494 Reinking Travis | You are the same type of people who nailed Jesus to the cross. They acted out of fear, because of what they didn't understand. |
| Incoming | | 6/10/2017 11:07(UTC-5) | From: +13094021494 Reinking Travis | Their is a red jeep Cherokee for sale at the corner of Baer and 9 right now for 6k. Looks newer and nice. |

| | | | | |
|---|---|---|---|---|
| Outgoing | | 6/10/2017 11:43(UTC-5) | To: +13094021494 Reinking Travis | Thanks I'll run by there |
| Outgoing | | 6/16/2017 11:51(UTC-5) | To: +13094021494 Reinking Travis | Call u call me when u get a chance  thanks |
| Outgoing | | 6/17/2017 17:50(UTC-5) | To: +13094021494 Reinking Travis | Can u come down and talk a minute |
| Incoming | | 6/23/2017 14:35(UTC-5) | From: +13094021494 Reinking Travis | I wanted to tell you, that I'm going to get something's finished up here, and then I'm moving out of state again for work. So you don't have to worry about me ever again. |
| Incoming | | 7/15/2017 18:17(UTC-5) | From: +13094021494 Reinking Travis | Do you guys want to have dinner later? |
| Outgoing | | 7/15/2017 18:48(UTC-5) | To: +13094021494 Reinking Travis | Sorry just go text. We could |
| Outgoing | | 7/15/2017 18:48(UTC-5) | To: +13094021494 Reinking Travis | Let us know where I can put in GPS |
| Incoming | | 7/15/2017 18:49(UTC-5) | From: +13094021494 Reinking Travis | I just ate at Taco Bell |
| Outgoing | | 7/15/2017 18:50(UTC-5) | To: +13094021494 Reinking Travis | Do you want to still meet? |
| Incoming | | 7/15/2017 18:51(UTC-5) | From: +13094021494 Reinking Travis | Sure |
| Outgoing | | 7/15/2017 18:54(UTC-5) | To: +13094021494 Reinking Travis | Where South Brentwood about 5 miles off of 65 |
| Incoming | | 7/15/2017 18:59(UTC-5) | From: +13094021494 Reinking Travis | Idk dad I think I'm just going to head out of here. |
| Incoming | | 7/15/2017 19:00(UTC-5) | From: +13094021494 Reinking Travis | I was going to get a room to go to church in the morning, but I don't want to see any of those people anyway. |
| Outgoing | | 7/15/2017 19:01(UTC-5) | To: +13094021494 Reinking Travis | Ok |
| Incoming | 1 | 7/16/2017 21:00(UTC-5) | From: +13094021494 Reinking Travis | IMG_2886.jpg |
| Incoming | | 7/16/2017 21:01(UTC-5) | From: +13094021494 Reinking Travis | Except it's baige |
| Incoming | | 7/16/2017 21:02(UTC-5) | From: +13094021494 Reinking Travis | Or pewter |
| Outgoing | | 7/16/2017 21:12(UTC-5) | To: +13094021494 Reinking Travis | That looks good. Looks more midsized |
| Outgoing | | 7/21/2017 12:07(UTC-5) | To: +13094021494 Reinking Travis | Do u want to go to lunch. |
| Incoming | | 7/26/2017 07:11(UTC-5) | From: +13094021494 Reinking Travis | Are you going to be at the shop today? |

| | | | | | |
|---|---|---|---|---|---|
| Outgoing | | | 7/26/2017 07:49(UTC-5) | To: +13094021494 Reinking Travis | I have my tax appointment this morning then I will go get my haircut |
| Incoming | | | 7/26/2017 07:59(UTC-5) | From: +13094021494 Reinking Travis | Ok |
| Incoming | | | 7/26/2017 08:06(UTC-5) | From: +13094021494 Reinking Travis | I'm supposed to be getting a keyboard and stand in from ups. I think that guy knows the combo to the door though. |
| Outgoing | | | 7/26/2017 08:18(UTC-5) | To: +13094021494 Reinking Travis | He does |
| Outgoing | | | 7/26/2017 12:43(UTC-5) | To: +13094021494 Reinking Travis | How did everything go and your stuff came in for boxes I put it up outside your door |
| Outgoing | | | 7/28/2017 10:27(UTC-5) | To: +13094021494 Reinking Travis | Sorry I missed your call last night. Try me again. |
| Incoming | | | 7/31/2017 21:08(UTC-5) | From: +13094021494 Reinking Travis | Excuse me for venting earlier dad. I feel terrible if I'm accusing you of something your not involved in. I don't know what to believe anymore. Have fun on vacation, and tell mom and Gabe that I love them. I love you to dad. |
| Outgoing | | | 7/31/2017 21:19(UTC-5) | To: +13094021494 Reinking Travis | K   I love you too. |

| Incoming | | | | 8/1/2017<br>01:47(UTC-5) | From: +13094021494<br>Reinking Travis | Yea too much.<br>doing this shit<br>people tell you |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | I don't know w<br>without having<br>threatening m(<br>me out of the a |
| | | | | | | You and these<br>butt hurt becau<br>you, so you ca<br>I'm brutally ho(<br>either, try to m<br>after. |
| | | | | | | So you can do<br>people, becau<br>didn't tell you t<br>years. The thir<br>more butt hurt<br>because I cho:<br>life. |
| | | | | | | I don't have to<br>and you don't |
| | | | | | | The difference<br>by negating so<br>assaulting me,<br>being dishone: |
| | | | | | | If I ever get pr(<br>this, then I will<br>against you. A<br>was involved i<br>punitive dama(<br>for you and th(<br>me, and wastir |
| | | | | | | Unlike you, I'll<br>court of law. A<br>right to defend<br>sanity. |

. As in your a psychopath that is
to me because of what other
I.

hy I can't say what I feel,
 to live in fear of someone
ə with ERS or threatening to kick
apartment.

, people want to get all fucking
use I'm not brutally honest with
ill me two faced. But then when
nest with you, you don't like that
 anipulate and control my life

, all this with these fucking
se your fucking butt hurt that I
he whole truth the past few
ıg is, you would have been even
, and I would have lost my job,
se to tell you about my personal

 tell you about my personal life,
have to tell me the truth either.

, is, I wasn't assaulting anyone
ɔme of the truth. You are actively
, with organized crime, and then
st about doing it.

ɔof, and I will if you are doing
 be pressing criminal charges
s well as everyone else who
n this. I will also be suing for
ges, among many other things,
ǝse other people thieving from
ng my time.

 do things the right way, in a
 court where someone has the
, themselves, as well as their

| | | | | | If you get butt |
| | | | | | this, and told y |
| | | | | | guess I'll have |
| | | | | | |
| | | | | | I'd like to be a |
| | | | | | patents, and c |
| | | | | | another job. N |
| | | | | | arrested and I |
| | | | | | before I can a |
| | | | | | add that to the |
| | | | | | everything tha |
| | | | | | |
| | | | | | I really believe |
| | | | | | are doing this, |
| | | | | | psychopath. I |
| | | | | | only to make y |
| | | | | | treating others |
| | | | | | |
| | | | | | I've been sexu |
| | | | | | and I'm menta |
| | | | | | was already s |
| | | | | | and now I'm fc |
| | | | | | new, because |
| | | | | | happening, lik |
| | | | | | |
| | | | | | You sold my h |
| | | | | | You were mor |
| | | | | | appeared to o |
| | | | | | as a person g |
| | | | | | the slice of bre |
| | | | | | family, and in |
| | | | | | on my own, af |
| | | | | | nothing. Only |
| | | | | | cross roads ag |
| | | | | | passion again |
| | | | | | thirty pieces o |
| | | | | | |
| | | | | | You've done a |
| | | | | | grateful for da |
| | | | | | and put food c |
| | | | | | anything that |
| | | | | | actions that yc |
| | | | | | I'm harmed by |
| | | | | | by anyone. Sc |
| | | | | | that, I will do. |
| Outgoing | | | 8/7/2017 10:42(UTC-5) | To: +13094021494 Reinking Travis | |
| Outgoing | | | 8/7/2017 10:43(UTC-5) | To: +13094021494 Reinking Travis | |

hurt over the fact that I believe
you the truth about it, then I
I to accept the consequences.

ble to finish my invention
community service before taking
laybe saying this will get me
mprisoned again, or kicked out
ccomplish that, but then I'll just
e blank space that houses
it you've done to destroy my life.

e that you, and these people who
, could in fact fit the profile of a
don't say that to insult you, but
you more aware of how you are
s around you.

ially assaulted by this person,
illy assaulted day after day. I
exually assaulted in the past,
orced to relive that with someone
 of people who help sanction it
e you.

iopes and dreams out as a kid.
e concerned about how you
ther people, than to who I was
rowing up. You sold my heart for
ead it would gain you in our
our church. I had to figure it out
'ter you beat me down to
to find that we are here at the
gain, and you choose to sell my
, for another slice of bread. For
f silver.

I lot of good things that I'm
d. You always provided for us,
on the table. I don't hate you for
you've done, I only hate the
ou take, and the ways in which
r it. I won't be abused anymore
) whatever I have to do, to avoid

| | | | | | |
|---|---|---|---|---|---|
| Outgoing | 1 | | 8/7/2017<br>10:47(UTC-5) | To: +13094021494<br>Reinking Travis | 20170805_13<br>g |

| | | | | | |
|---|---|---|---|---|---|
| Outgoing | 2 | | 8/7/2017<br>10:56(UTC-5) | To: +13094021494<br>Reinking Travis | 20170805_13<br>p4<br><br>20170805_13<br>.mp4 |
| Incoming | | | 8/8/2017<br>11:27(UTC-5) | From: +13094021494<br>Reinking Travis | Dad I checked<br>it's cheaper th<br>interesting |
| Outgoing | | | 8/8/2017<br>11:59(UTC-5) | To: +13094021494<br>Reinking Travis | That would he |
| Incoming | | | 8/9/2017<br>19:24(UTC-5) | From: +13094021494<br>Reinking Travis | Can I get a co<br>give you a cop<br>hear both side |
| Incoming | | | 8/11/2017<br>15:02(UTC-5) | From: +13094021494<br>Reinking Travis | Do you care if<br>my keys in my<br>to go get it |
| Outgoing | | | 8/11/2017<br>15:10(UTC-5) | To: +13094021494<br>Reinking Travis | It's back in mo |
| Outgoing | | | 8/11/2017<br>15:11(UTC-5) | To: +13094021494<br>Reinking Travis | I can give you |
| Incoming | 1 | | 8/15/2017<br>22:52(UTC-5) | From: +13094021494<br>Reinking Travis | So your not do<br>IMG951981.3 |

31843.jp 

31810.m 

31810(2) 

d on insurance for that truck, and
an my car. I thought that was

lp.

py of the video you took? I will
by of mine. I just want people to
s of the story.

I stop and get my bike? I locked
truck and I need to ride my bike

torhome room

a ride

ping this dad?

gp 

| | | | | | |
|---|---|---|---|---|---|
| Incoming | | | 8/17/2017 17:25(UTC-5) | From: +13094021494 Reinking Travis | Can I put atf ir |
| Outgoing | | | 8/17/2017 17:28(UTC-5) | To: +13094021494 Reinking Travis | Yes |
| Incoming | | | 8/17/2017 17:30(UTC-5) | From: +13094021494 Reinking Travis | It will burn it? |
| Outgoing | | | 8/17/2017 17:56(UTC-5) | To: +13094021494 Reinking Travis | Yes even gear solvents or pa |
| Incoming | | | 8/17/2017 18:02(UTC-5) | From: +13094021494 Reinking Travis | K |
| Incoming | | | 8/23/2017 18:54(UTC-5) | From: +13094021494 Reinking Travis | Robinhood - S Markets, Inc. https://itunes.a stock-trading/i |
| Incoming | 1 | | 8/23/2017 18:57(UTC-5) | From: +13094021494 Reinking Travis | IMG952010.p |
| Incoming | 1 | | 8/23/2017 18:57(UTC-5) | From: +13094021494 Reinking Travis | IMG952011.p |
| Incoming | | | 8/25/2017 17:06(UTC-5) | From: +13094021494 Reinking Travis | https://youtu.b |
| Outgoing | | | 9/2/2017 11:20(UTC-5) | To: +16154055521 Tommy Atkins Kellys Builder | Got it  thanks. |
| Incoming | | | 9/22/2017 00:28(UTC-5) | From: +13094021494 Reinking Travis | I have to work |
| Outgoing | | | 9/22/2017 07:27(UTC-5) | To: +13094021494 Reinking Travis | Ok |
| Incoming | | | 10/18/2017 11:32(UTC-5) | From: +13094021494 Reinking Travis | I'm busy today |
| Outgoing | | | 10/18/2017 11:35(UTC-5) | To: +13094021494 Reinking Travis | K thanks |
| Incoming | | | 11/12/2017 18:05(UTC-6) | From: +13094021494 Reinking Travis | Dad, I got a pl going to need you somehow |
| Outgoing | | | 11/12/2017 19:42(UTC-6) | To: +13094021494 Reinking Travis | Ok |
| Incoming | | | 11/16/2017 11:16(UTC-6) | From: +13094021494 Reinking Travis | Is there a day or will you just |

the oil burner or no?

r lube as long as it's not like
int that have a high flash points

itock Trading by Robinhood

apple.com/us/app/robinhood-
d938003185?mt=8

ng

ng

e/9yMEds30ya8

for pastor Steve tomorrow

(.

ace out of town now, so I'm
to get my firearms back from
.

you could meet me out of state,
let me take them?

| | | | | | |
|---|---|---|---|---|---|
| Incoming | | | 11/18/2017 13:07(UTC-6) | From: +13094021494 Reinking Travis | Will you be ar |
| Outgoing | | | 11/18/2017 13:12(UTC-6) | To: +13094021494 Reinking Travis | Should be aft( |
| Incoming | | | 11/18/2017 13:15(UTC-6) | From: +13094021494 Reinking Travis | Ok |
| Outgoing | | | 11/19/2017 11:21(UTC-6) | To: +13094021494 Reinking Travis | We r home. A soon. |
| Outgoing | | | 11/19/2017 11:40(UTC-6) | To: +13094021494 Reinking Travis | Food is almos |
| Incoming | | | 11/19/2017 11:47(UTC-6) | From: +13094021494 Reinking Travis | Your not goin( |
| Outgoing | | | 11/19/2017 11:50(UTC-6) | To: +13094021494 Reinking Travis | We went to e; |
| Outgoing | | | 11/19/2017 11:50(UTC-6) | To: +13094021494 Reinking Travis | Service |

ound tomorrow

er church

nd having breakfast casserole

it ready want to join us.

g to church?

arly.