## MMS Messages (1)

| # | Parties | Content | Other | Deleted |
|---|---------|---------|-------|---------|
| 1 | Timestamp:<br>9/2/2017<br>11:19(UTC-5)<br>From:<br>+16154055521<br>Tommy Atkins Kellys Builder *<br>Direction:<br>Incoming | Subject: No subject<br>Body:<br>Attachments:<br><br>Developer.vcf | Status: Read<br>Priority: Low | |

## SMS Messages (1)

⚠ * These details are cross-referenced from this device's contacts

| # | Folder | Party | Time | All timestamps | Status | Message | Deleted |
|---|--------|-------|------|----------------|--------|---------|---------|
| 1 | Sent | To<br>+16154055521<br>Tommy Atkins Kellys Builder *<br>Direction:<br>Outgoing | 9/2/2017<br>11:20(UTC-5) | | Sent | Got it thanks. | |

## Timeline (2)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|------|-----------|-------------|-----------|-----------|-------|-------------|---------|
| 1 | MMS Messages | Incoming | 1 | | 9/2/2017<br>11:19(UTC-5) | From: +16154055521<br>Tommy Atkins Kellys Builder | Developer.vcf | |
| 2 | SMS Messages | Outgoing | | | 9/2/2017<br>11:20(UTC-5) | To: +16154055521<br>Tommy Atkins Kellys Builder | Got it thanks. | |