**TAZEWELL COUNTY SHERIFF'S OFFICE**
Robert M. Huston, Sheriff

www.tazewell.com



101 South Capitol Street
Pekin, IL 61554
P. 309-346-4141
F. 309-478-5668

July 25, 2018


Dear James Pepe:

Your request dated 7/25/18 and received by the Tazewell County Sheriff's Office on 7/25/18 is hereby granted in part. Some portion(s) of the record(s) are exempt from disclosure under Section 7(1)(b) of the Illinois Freedom of Information Act, 5 ILCS 140/7, because:

*When a request is made to inspect or copy a public record that contains information that is exempt from disclosure under this Section, but also contains information that is not exempt from disclosure, the public body may elect to redact the information that is exempt. The public body shall make the remaining information available for inspection and copying. Subject to this requirement, the following shall be exempt from inspection and copying: private information, unless disclosure is required by another provision of this Act, a State or federal law or a court order.*

If you believe this interpretation of the law is incorrect, you may, in accordance with Section 9 of the Illinois Freedom of Information Act, 5 ILCS 140/9, seek review of this decision by the Public Access Counselor, Sarah Pratt, Office of the Attorney General, 500 South 2nd Street, Springfield, IL, 62706, FAX: 217-782-1346, email: publicaccess@atg.state.il.us or, alternatively, you may seek judicial review of this decision by filing a lawsuit on the Tenth Judicial Circuit Court of Tazewell County pursuant to §11 of the Act.

Sincerely,

A.Hunt
FOIA Officer

| | |
|---|---|
| Agency Name: *Tazewell County Sheriff's Office* | Case# *17-01287* |
| ORI: *IL 9000000* | Date / Time Reported: *08/24/2017 16:41  Thu* |

**INCIDENT DATA**

Last Known Secure: *08/24/2017 16:41  Thu*

Location of Incident: *13535 Baer Rd, Tremont IL 61568-*

Premise Type: *Business Place*  Zone/Tract: *TC2*  At Found: *08/24/2017 16:41  Thu*

| | | | | | | |
|---|---|---|---|---|---|---|
| #1 | Crime Incident(s) *Other Investigation* *9119* | (Com) | Weapon / Tools *NONE* | | | Activity |
| | | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

**VICTIM**

# of Victims: *1*   Type: INDIVIDUAL   Injury:

| Code | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | *SOCIETY* | *1.* | Age | | | | | |

Home Address:    Home Phone:

Employer Name/Address:    Business Phone:   Mobile Phone:

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**OTHERS INVOLVED**

Type: INDIVIDUAL   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| *FT* | *REINKING, JEFFERY* | | | Age | | | | |

Home Address:    Home Phone:

Employer Name/Address:    Business Phone:   Mobile Phone:

Type:   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

Home Address:    Home Phone:

Employer Name/Address:    Business Phone:   Mobile Phone:

**PROPERTY**

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
"OJ" = Recovered for Other Jurisdiction

| V# | Code | Status Fire/Ele | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 640 | 5 | $0.00 | | 1 | FIREARMS HANDGUN | 6909 KIMBER Pro Carry 2 | |
| | 620 | 5 | $0.00 | | 1 | FIREARMS RIFLE | 0223 BUSHMASTER Xm15-e2s | |
| | 620 | 5 | $0.00 | | 1 | FIREARMS RIFLE | 0022-CZ-USA C452-2czhm | |
| | 620 | 5 | $0.00 | | 1 | FIREARMS RIFLE | 3006 REMINGTON 710 | |
| | 424 | 5 | $0.00 | | 1 | AMMUNITION OTHER | | |

**Status**

Officer/ID#: *Tarby, Ryan .*

Invest ID#: *(0)*

Supervisor: *Mohr, Randy*

Complainant Signature:

Case Status: *Unfounded*   Case Disposition:   Page 1

R_CS1TBR    Printed By:    Sys#: 251148    04/22/2018 10:26

# INCIDENT/INVESTIGATION REPORT

Case # *17-01287*

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |
|---|---|---|---|---|---|---|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Assisting Officers**

LINTON,                KEDZIOR

**Suspect Hate / Bias Motivated:**

NARRATIVE

| *Tazewell County Sheriff's Office* | | OCA | |
|---|---|---|---|
| | | *17-01287* | |
| Victim | Offense | Date / Time Reported | |
| *SOCIETY* | *OTHER INVESTIGATION* | *Thu 08/24/2017 16:41* | |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On 08/24/17, at approximately 1641 hours, Deputy Linton and I, Sergeant Tarby, made contact with Travis Reinking and his father, Jeffrey Reinking at JJ Cranes, 13535 Baer Rd, Tremont.

I gave Travis a copy of the Illinois State Police FOID Revocation paper. Travis provided me with his Illinois State FOID card. Travis assisted us in retrieving all his weapons and ammunition.

The following weapons were logged:
One Kimber 9mm Handgun; One Bushmaster AR-15; One CZ-USA .22 cal rifle; One Remington 710, and misc ammo. The weapons and ammo were recorded on the ISP Disposition Record. All weapons and ammo were released to Jeffrey Reinking which holds a valid FOID card. Jeffrey was advised that he needed to keep the weapons secure and away from Travis. Jeffrey stated he would comply.

The FOID card is being sent back to ISP. No further action is being taken.

End of Report

Case 3:18-cv-00640   Document 36-1   Filed 01/02/19   Page 4 of 25 PageID #: 877

*Tazewell County Sheriff's Office*

OCA: *17-01287*

| I | Name (Last, First, Middle) | | Also Known As | | Home Addr. |
|---|---|---|---|---|---|
| | *REINKING, TRAVIS* | | | | |

Business Address

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|

| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel |
|---|---|---|---|---|---|---|---|
| | | | | | | | Mode of Travel |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|

| Notes | Physical Char |
|---|---|

### 1

| Property Description | | Make | Model | Caliber |
|---|---|---|---|---|
| *FIREARMS HANDGUN* | | *KIMBER* | *PRO CARRY 2* | *0009* |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| *Black* | i | *$0.00* | *1.000* | | *Locally* |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| *Recovered* | *08/24/2017* | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| *Reinking, Travis* | | | | |

Notes

*weapon transfered to Jeffrey Reinking*

### 2

| Property Description | | Make | Model | Caliber |
|---|---|---|---|---|
| *FIREARMS RIFLE* | | *BUSHMASTER* | *XM15-E25* | *0223* |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| *Black* | | *$0.00* | *1.000* | | *Locally* |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| *Recovered* | *08/24/2017* | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| *Reinking, Travis* | | | | |

Notes

*weapon released to Jeffrey Reinking*

### 3

| Property Description | | Make | Model | Caliber |
|---|---|---|---|---|
| *FIREARMS RIFLE* | | *CZ-USA* | *CZ452-2CZKM* | *0022* |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | *$0.00* | *1.000* | | *Locally* |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| *Recovered* | *08/24/2017* | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| *Reinking, Travis* | | | | |

Notes

*weapon released to Jeffrey Reinking*

### 4

| Property Description | | Make | Model | Caliber |
|---|---|---|---|---|
| *FIREARMS RIFLE* | | *REMINGTON* | *710* | *3006* |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | *$0.00* | *1.000* | | *Locally* |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| *Recovered* | *08/24/2017* | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| *Reinking, Travis* | | | | |

Notes

*weapon released to Jeffrey Reinking*

Case 3:18-cv-00640   Document 36-1   Filed 01/02/19   Page 6 of 25 PageID #: 879

# Incident Report Related Property List

*Tazewell County Sheriff's Office*

CCA: *17-01287*

| 5 | Property Description AMMUNITION OTHER | | | Make | | Model | | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value $0.00 | | Qty 1.000 | | Unit | Jurisdiction Locally | |
| | Status Recovered | Date 08/24/2017 | NIC # | | State # | | Local # | | OAN | |
| | Name (Last, First, Middle) * No name * | | | | | DOB | | Age | Race | Sex |

Notes

*multiple boxes of various ammo released to Jeffrey Reinking*

Case 3:18-cv-00640   Document 36-1   Filed 01/02/19   Page 7 of 25 PageID #: 880

| | |
|---|---|
| Agency Name | Tazewell County Sheriff's Office |
| ORI | IL 9000000 |

Case# *16-00719*
Date / Time Reported *05/27/2016 01:30 Fri*
Last Known Secure *05/27/2016 01:30 Fri*
At Found *05/27/2016 01:30 Fri*

**INCIDENT DATA**

| Location of Incident | 1005 W Jackson Plaza, Morton IL 61550- | Premise Type *Parking Lot Business* | Zone/Tract *MO2* |
|---|---|---|---|

| #1 | Crime Incident(s) *Suicide Attempt By Firearms* *9421* | (Att ) | Weapon / Tools *NONE* | | | Activity |
|---|---|---|---|---|---|---|
| | | | Entry | Exit | Security | |

| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| | | | Entry | Exit | Security | |

| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| | | | Entry | Exit | Security | |

**MO**

**VICTIM**

# of Victims *1*   Type: INDIVIDUAL   Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | SOCIETY | *1,* | Age | | | | | |

| Home Address | | Home Phone |
|---|---|---|

| Employer Name/Address | CINCINNATI TOWNSHIP | Business Phone | Mobile Phone |
|---|---|---|---|

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

CODES: V= Victim (Denote V2, V3)   O= Owner (if other than victim)   R= Reporting Person (if other than victim)

**OTHERS INVOLVED**

Type: INDIVIDUAL   Injury:

| Code *FT* | Name (Last, First, Middle) *REINKING, JEFF* | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

| Hom | | Home Phone |
|---|---|---|

| Employer Name/Address | J&j Cranes Inc | Business Phone | Mobile Phone |
|---|---|---|---|

Type: INDIVIDUAL   Injury:

| Code *MT* | Name (Last, First, Middle) *REINKING, JUDITH M* | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

| Home Address | | Home Phone |
|---|---|---|

| Employer Name/Address | | Business Phone | Mobile Phone |
|---|---|---|

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frn/Tag | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Officer/ID# | Mancha, Ricardo   (INV, INV) | | |
|---|---|---|---|
| Invest ID# | (O) | Supervisor | Goeken, Eric |

**Status**

| Complainant Signature | | Case Status *Referred* | *05/31/2016* | Case Disposition: | Page 1 |
|---|---|---|---|---|---|

R-CS1/BR   Printed By: 3   Sys#: 226277   04/22/2018 10:34

# Incident Report Additional Name List

Additional Name List

| Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| 1) *OP    1* | *HOPPER, MARILYN* | | | | | |
| Address | | | H:  -  - | | | |
| Empl/Addr | | | B:  -  - | | | |
| | | | Mobile #:  -  - | | | |

Case 3:18-cv-00640   Document 36-1   Filed 01/02/19   Page 9 of 25 PageID #: 882

# INCIDENT/INVESTIGATION REPORT

Tazewell County Sheriff's Office

Case # 16-00719

Status Codes: 1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officer:
HIBBERT, HAMM, . KEDZIOR, J. . ERS

Suspect Hate / Bias Motivated:

NARRATIVE

Case 3:18-cv-00640 Document 36-1 Filed 01/02/19 Page 10 of 25 PageID #: 883

| | | OCA |
|---|---|---|
| *Tazewell County Sheriff's Office* | | *16-00719* |
| Victim<br>*SOCIETY* | Offense<br>*SUICIDE ATTEMPT BY FIREARMS* | Date / Time Reported<br>*Fri 05/27/2016 01:30* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On 05/26/2016 at approximately 22:38 hrs, I (Deputy Mancha) responded to the CVS parking lot in Morton where Rob from Tazewood ERS was evaluating a male.

Rob advised me the male, Travis J. Reinking, was delusional and believed the famous entertainer, Taylor Swift, was harassing him via stalking and hacking his phone. Travis believed everyone including his own family and the police are involved. Rob said Travis' mother, Judith    Reinking, father, Jeffrey    Reinking, and grandmother, Marilyn Hopper, were worried about Travis so they called ERS. Judith, Jeffrey and Marilyn were all present in the parking lot. They stated Travis has been having these delusions since August 2014.

RMS returned with a caution file for Travis. Travis is hostile towards police and does not recognize police authority. Travis also possesses several firearms.

Rob continued speaking to Travis. Travis stated he did not want to hurt Taylor Swift or anyone else, he only wanted the harassment to stop. Rob attempted to get Travis to go with him to be evaluated at Methodist Hospital. Travis was uncooperative and stated he did not want to get help this late at night. Travis stated he believed he had autism. Travis said he was tired and wanted to go home. Travis entered his vehicle          and drove off.

As soon as Travis drove away, Rob and Travis' family advised Travis made comments about killing himself earlier in the day. They also advised he owns and had access to many firearms at his residence. Travis returned to the parking lot. I requested a Morton officer to respond.

Travis further explained how Taylor Swift was harassing him. Travis stated a few weeks ago Taylor hacked his Netflix account and told him to meet her at the Dairy Queen in Morton. When Travis arrived, Taylor was across the street yelling at him before she took off running. Travis chased her in an attempt to get her to stop harassing him. Taylor climbed up the side of a building and Travis followed. However, when he reached the rooftop, Taylor was gone.

Travis stated he was telling the truth and he had proof on his phone since it was hacked. However, Travis would not show us his phone.

Morton Officer Cabell and I attempted to get Travis to go with Rob to Methodist but he remained uncooperative. Travis said he was tired and attempted to leave again. Travis was advised he was not free to leave. Travis stated we were violating his constitutional rights by not allowing him to leave because he did not do anything illegal. We explained to Travis he was not free to leave because he was in protective custody due to the suicidal comments he made earlier.

We were speaking to Travis next to Rob's ERS vehicle. Travis grabbed his car keys and took several steps toward his vehicle. Officer Cabell and I stepped in front of Travis. Travis stopped and backed up against Rob's vehicle. Travis asked Officer Cabell for his name and Travis used his phone to video record him with the flash on. Officer Cabell instructed to lower his phone or turn the flash off while recording because the flash was blinding.

| | | OCA |
|---|---|---|
| | | *16-00719* |
| *Tazewell County Sheriff's Office* | | Date / Time Reported |
| Victim | Offense | *Fri 05/27/2016 01:30* |
| *SOCIETY* | *SUICIDE ATTEMPT BY FIREARMS* | |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Travis was still insistent he was not leaving to be evaluated. Deputy Hibbert, Morton Sergeant Ham, Deputy Kedzior and Deputy Ham arrived on scene. Travis was advised he did not have a choice and was going to go for evaluation. Travis stated he would go to Methodist but it was against his will.

Travis got into Rob's car and he transported Travis to Methodist as Officer Cabell followed. Jeffrey drove Travis' vehicle to his house so it did not sit in the CVS parking lot.

# Incident Report Suspect List

*Tazewell County Sheriff's Office*

OCA: *16-00719*

| | | |
|---|---|---|
| Name (Last, First, Middle)<br>*REINKING, TRAVIS ,* | Also Known As | Home Address |
| Business Address | | |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|-----|-----|------|-----|-----|-----|-----|------|-----|------|--------------------------|
| | | | | | | | | | | |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | | Make | | Model | | Color | Caliber | Dir of Travel | |
| | | | | | | | | | Mode of Travel | |
| Veh Yr/Make/Model | | Dir | Style | | Color | | Lic/St | | VIN | |

Notes

Physical Char

Printed By: 04/22/2018 10:54

Case 3:18-cv-00640   Document 36-1   Filed 01/02/19   Page 13 of 25 PageID #: 886

# INCIDENT/INVESTIGATION REPORT

**Agency Name**
Tazewell County Sheriff's Office

**ORI** IL 9000000

**Case#** 17-00862
**Date / Time Reported** 06/16/2017 11:52 Fri
**Last Known Secure** 06/16/2017 11:57 Fri
**At Found** 06/16/2017 11:57 Fri

## INCIDENT DATA

**Location of Incident** 13535 Baer Rd, Tremont IL 61568-

**Premise Type** Bldding Other
**Zone/Tract** TC2

| | Crime Incident(s) | | Weapon / Tools | | | | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Suspicion That Person Committed An Offense ~ 725 ILCS 5/107-2(C) | (Com) | RIFLE | | | | |
| | | | Entry | Exit | | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | | Activity |
| | | | Entry | Exit | | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | | Activity |
| | | | Entry | Exit | | Security | |

## MO

## VICTIM

**# of Victims** 1 **Type:** INDIVIDUAL **Injury:**

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | | 1, | Age | | | | | |

**Hom · · ·**
**Home Phone**

**Employer Name/Address**
**Business Phone**
**Mobile Phone**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**CODES:** V- Victim (Denote V2, V3) O = Owner (if other than victim) R = Reporting Person (if other than victim)

## OTHERS INVOLVED

**Type:** INDIVIDUAL **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| OP | REINKING, TRAVIS | Age | | | | | | |

**Home Addr...**
**Home Phone**

**Employer Name/Address**
**Business Phone**
**Mobile Phone**

**Type:** **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

**Home Address**
**Home Phone**

**Employer Name/Address**
**Business Phone**
**Mobile Phone**

## PROPERTY

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("O" = Recovered for Other Jurisdiction)

| VI | Code | Status Fire/Fe | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## Status

**Officer/ID#** Davis, Randy
**Invest ID#** (0)
**Supervisor** Klein, Kyle

**Complainant Signature** | **Case Status** Active/pending 06/19/2017 | **Case Disposition:** | Page 1

R_CS11BR  Printed By‌  SysH 247324  04/22/2018 10:32

Case 3:18-cv-00640   Document 36-1   Filed 01/02/19   Page 14 of 25 PageID #: 887

# INCIDENT/INVESTIGATION REPORT

Case # 17-00862

Status Codes  1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

DAVIS, R.          BROWN, J.

Suspect Hate / Bias Motivated:

NARRATIVE

Case 3:18-cv-00640   Document 36-1   Filed 01/02/19   Page 15 of 25 PageID #: 888

| | | OCA |
|---|---|---|
| *Tazewell County Sheriff's Office* | | *17-00862* |
| Victim | Offense | Date / Time Reported |
| *ROCKE, GALEN* ↓ | *SUSPICION THAT PERSON COMMITTED AN* | *Fri 06/16/2017 11:57* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

R/O was advised by Capt. Catton that I needed to meet with a subject at Tremont pd ref. to a male that left J and J cranes on Baer rd. in Tremont with a ar rifle and in a pink dress. The male then had went to the Tremont pool and took off the dress, jumped in the pool, was yelling at people also had exposed himself.
R/O went up to pd and spoke to _____ and he advised me that he works at J and J cranes and the owners son, Travis J. Reinking _____ ┤lives inside the shop above the offices. _____ ┤stated around 11:30 this morning Travis came out in a pink dress holding the ar rifle and yelled at him and another co-worker _____ Travis was yelling' is this what you fucking want' ..stated that Travis threw the rifle in the trunk of his car and sped away.

R/O then met with Capt Catton and Chief Dodwell along with Dep. Brown and went out to the Baer rd address. I then called Travis cell number twice to come out to speak to us in which he did. Travis was searched since he had a weapon earlier in the day. Travis didnt have any weapons on him.
Travis stated that he did take the gun with him earlier but it was back in his apt. and he had a valid foid card. Travis has some mental problems and I asked him if he would like to speak to ERS but he stated he didnt want to, Travis had already spoke to them before and been in the hospital.

I then contacted Jeff Reinking at cell number _____ ┤who was out of state and advised him of what was going on. Jeff stated that awhile back he took 3 rifles and a hand gun away and locked them up when Travis was having problems. Jeff wanted to move out of state so he gave them back to him and Travis was gone for nine months and has moved back. Jeff stated he called his daughter _____ who was going to stop by the shop and talk to Travis.

_____ ┤arrived and we advised her what had happened today and she stated she was fine by herself and she would talk to Travis and see if she could store the weapons for safe keeping.

Chief Dodwell was going to the pool to take a report on his part of what happened at the pool this morning.
I called back Jeff Reinking and advised him of what happened and when he gets back home he might want to lock the guns back up until Travis gets mental help which he stated he would.

All officers cleared the scene since _____ ┤was there to speak with Travis.

Case 3:18-cv-00640   Document 36-1   Filed 01/02/19   Page 16 of 25 PageID #: 889

# INCIDENT/INVESTIGATION REPORT

| Agency Name | | |
|---|---|---|
| *Tazewell County Sheriff's Office* | | |

**Case#** *17-01212*

**Date / Time Reported** *08/11/2017 16:33 Fri*

**Last Known Secure** *08/11/2017 16:33 Fri*

**ORI** *IL 9000000*

**At Found** *08/11/2017 16:33 Fri*

**Location of Incident** *Illinois Route 9/n Baer Rd, Tremont IL 61568-*

**Premise Type** *Vacant Land*  **Zone/Tract**

## INCIDENT DATA

| # | Crime Incident(s) | (Com) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | *All Other Disorderly Conduct* *SEE ILCS* | (Com) M | *NONE* | | | |
| | | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

## VICTIM

**# of Victims** *1*  **Type:** *INDIVIDUAL*  **Injury:**

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | *SOCIETY* | *1,* | Age | | | | | |

**Home Address**  **Home Phone**

**Employer Name/Address**  **Business Phone**  **Mobile Phone**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

## OTHERS INVOLVED

**CODES:** V- Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)

**Type:** *INDIVIDUAL*  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| RP | *REINKING, TRAVIS* | | Age | | | | | |

**Home Address**  **Home Phone**

**Employer Name/Address**  **Business Phone**  **Mobile Phone**

**Type:**  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

**Home Address**  **Home Phone**

**Employer Name/Address**  **Business Phone**  **Mobile Phone**

## PROPERTY

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Time/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Officer/ID#** *Tarby, Ryan*

**Invest ID#** *(0)*

**Supervisor** *Mckinney, Christopher*

| Status | Complainant Signature | Case Status *Inactive* | Case Disposition: | Page 1 |
|---|---|---|---|---|

R_CS2.FBR  Printed By:  Sys#: 250395  04/22/2018 10:27

Case 3:18-cv-00640  Document 36-1  Filed 01/02/19  Page 17 of 25 PageID #: 890

# INCIDENT/INVESTIGATION REPORT

*Tazewell County Sheriff's Office*

Case # *17-01212*

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |
|---|---|---|---|---|---|---|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

NARRATIVE

Case 3:18-cv-00640   Document 36-1   Filed 01/02/19   Page 18 of 25 PageID #: 891

| | | OCA |
|---|---|---|
| *Tazewell County Sheriff's Office* | | *17-01212* |
| Victim | Offense | Date / Time Reported |
| *SOCIETY* | *ALL OTHER DISORDERLY CONDUCT* | *Fri 08/11/2017 16:33* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On 08/11/17, at approximately 4:33pm, I, Sergeant Tarby, was sitting at the intersection of RT 9 and Baer Rd. I observed a blue in color Mitsubishi pull up alongside of me. I recognized the male to be Travis Reinking, M/W, J from having a prior contact with him. I immediately exited my squad car. Travis got out of his vehicle and asked how he could go about making a report. I asked Travis what he wanted to make a report about.

Travis stated he wanted to report that people are tapping into his computer and phone. I asked Travis who was tapping into his computer and phone. Travis advised he didn't know but "they" were. I asked Travis why he believed someone was tapping into his computer and phone. Travis stated he knows they are because he can hear himself through their speakers when he is in an online chat room. Travis said he believes approximately 20 to 30 people are hacking into his phone and computer.

Travis said he also has been hearing unknown people outside his residence barking like dogs. I asked Travis if he knew who they were. Travis said he did not.

Travis went on to say that he is being watched by people as well. Travis explained he was at the Morton Wal-mart a couple months ago and was going through the check out line. Travis said he observed a male in a black shirt with an ear mic standing near by watching him. Travis said he felt that this male was watching him and no one else. Travis said he doesn't know who the male was. Travis explained that this all started after he started writing Taylor Swift (famous musician).

Travis stated he also believes people are baiting him into breaking the law. Travis said he was out of state and observed a van with a sign posted on it. The sign read "Don't steal the van". Travis said he knew this sign was specifically for him and they were just trying to get him to steal the van. Travis said he is tired of people messing with him.

Travis appeared to be very serious and concerned while telling me what was going on. I advised Travis to call in if the people barking like dogs show up again. Travis was advised a report would be on file.

This is an informational report only. No further action is being taken.

Case 3:18-cv-00640   Document 36-1   Filed 01/02/19   Page 19 of 25 PageID #: 892

# INCIDENT/INVESTIGATION REPORT

| Agency Name | Case# | 17-00068 |
|---|---|---|

**Agency Name:** Tremont Police Department

**ORI:** IL

**Case#:** 17-00068

**Date / Time Reported:** 06/16/2017 11:43 Fri

**Last Known Secure:** 06/16/2017 11:43 Fri

**At Found:** 06/16/2017 11:43 Fri

**Location of Incident:** 211 S Sampson, Tremont IL 61568-

**Premise Type:** Swimming Pool

**Zone/Tract:** TRPD

## INCIDENT DATA

| | Crime Incident(s) | (Com) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | Criminal Trespass To Real Property 720 ILCS 5/21-3,8,9 | M | UNKNOWN | | | |
| | | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

## VICTIM

**# of Victims:** 1  **Type:** SOCIETY/PUBLIC

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | Society | 1, | Age | | | | | |

**Home Address:** 

**Home Phone:** 

**Employer Name/Address:** 

**Business Phone:** 

**Mobile Phone:** 

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

## OTHERS INVOLVED

**CODES:** V- Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)

**Type:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

**Injury:**

**Home Address:** 

**Home Phone:** 

**Employer Name/Address:** 

**Business Phone:** 

**Mobile Phone:** 

**Type:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

**Injury:**

**Home Address:** 

**Home Phone:** 

**Employer Name/Address:** 

**Business Phone:** 

**Mobile Phone:** 

## PROPERTY

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown

("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Fro/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Officer/ID#:** Dodwell, Mike

**Invest ID#:** (0)

**Supervisor:** Dodwell, Mike

**Status:**

**Complainant Signature:** 

**Case Status:** Exceptionally Cleared  07/18/2017

**Case Disposition:** 

**Page 1**

# INCIDENT/INVESTIGATION REPORT

*Tremont Police Department*

Case # *17-00068*

Status Codes   1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

N A R R A T I V E

| Tremont Police Department | | OCA |
|---|---|---|
| | | *17-00068* |
| Victim | Offense | Date / Time Reported |
| *Society* | *CRIMINAL TRESPASS TO REAL PROPERTY* | *Fri 06/16/2017 11:43* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On the above date and time I was contacted by Dispatch to respond to the Tremont Park Dist. Pool at ____ James St. I met with the pool director who told me that a man in his 20's barged into the pool wearing a pink womans house coat. The subject dove into the pool and then took off his house coat and was swimming in just his underware. He was told to get out of the pool by lifeguards. The male started yelling at the lifeguards and trying to get them to fight with him. I was told that the male had gotten out of the pool and was yelling at the lifeguards, yelling that he was a man. I was told that he then showed his genitals saying he was a man. The man later identified as Travis Reinking.

After this incident at the pool I was contacted by an employee of J&J Crane Co on Baer Rd. The employee told me that he had a yelling match with Travis, as Travis lives in an apartment at J&J Crane. The employee told me that Travis was wearing a pink womans house coat and had a AR-15 rifle in his hand which he put into the trunk of his blue Mitsubishi and left the business. This would of been right before the pool incident. Appearently the rifle stayed in the trunk of the vehicle during the incident at the pool as no one reported anything about a weapon of any sort.

No one at the pool wanted to press charges for anything that happened at the pool so a report was not immediately written. This is an informational report showing the state of mind of Travis Reinking.

Case 3:18-cv-00640   Document 36-1   Filed 01/02/19   Page 22 of 25 PageID #: 895

*Tremont Police Department*

OCA: *17-00068*

| 1 | Name (Last, First, Middle) REINKING, TRAVIS | | | | | | Also Known As | | | | Home Address | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Business Address | | | | | | | | | | | | |
| | DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State | | |
| | Scars, Marks, Tattoos, or other distinguishing features | | | | | | | | | | | | |

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | | Color | Caliber | Dir of Travel | | |
| VehYr/Make/Model | | Drs | Style | Color | | Lic/St | | Mode of Travel VIN | | |
| Notes | | | | | | Physical Char | | | | |

Case 3:18-cv-00640   Document 36-1   Filed 01/02/19   Page 23 of 25 PageID #: 896



# ILLINOIS STATE POLICE
# FIREARM DISPOSITION RECORD

FOID #: 4360785

NAME: Renking - Travis T
*Last Name, First Name, Middle*

DATE OF BIRTH: 02 01, 1983

ADDRESS: ▮

PHONE: ▮

EMAIL: ▮

Please list all firearms within your possession at the time of revocation, indicating they have been secured/transferred in accordance with 430 ILCS 65/9.5. If your FOID card was confiscated by the Court or Law Enforcement, provide documentation.

| | MAKE | MODEL | SERIAL # | NAME AND ADDRESS OF PERSON FIREARM TRANSFERRED TO: | PROVIDE FOID# OR FFL# |
|---|---|---|---|---|---|
| 1 | KIMBER | PRO CARRY 2 | | JEFFREY RENKING | |
| 2 | BUSHMASTER | XM15-E2S | | " | " |
| 3 | CZ-USA | CZ 452 CZ 2KM | | " | " |
| 4 | REMINGTON | 710 | | " | " |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

ATTACH ADDITIONAL DISPOSITION FORMS IF MORE SPACE IS NEEDED.

Page ___ of ___

[ ] My firearms are being retained by a law enforcement entity.     Name of Agency: ___

The Firearm Owners Identification Card Act (430 ILCS 65/9.5(a)(2)) requires an individual whose FOID card is revoked to surrender his or her FOID card and complete this Record for all firearms in his or her possession or control within 48 hours of receiving; notice of the revocation to their local law enforcement agency. I certify that I have transferred all firearms I own or are under my custody and control to the custody of another person with a valid FOID card in compliance with the Act. I declare under penalty and perjury under the laws of the state of Illinois the foregoing is true and correct.

Signature of Revoked Cardholder: ▮     Date: 8/24/2017

Name of Police Agency in Receipt of FOID card and Disposition Record: Tazewell County Sheriff's Office

zSignature of Receiving Officer: ▮     Date: 8/24/17

Printed Name of Receiving Officer: SGT R. TANCBY     Badge #: ___

NOTICE TO POLICE AGENCY:   A copy of this form should be mailed to the Illinois State Police, Firearms Services Bureau, ATTN: ENFORCEMENT, 801 S. 7th Street, Ste. 400-M, Springfield, Il 62703, along with the surrendered FOID card(s).

ISP 2-636 (12/13)



# ILLINOIS STATE POLICE
*Office of the Director*

Pat Quinn
*Governor*

Hiram Grau
*Director*

July 29, 2013

Dear Law Enforcement Official:

On July 9, 2013, Public Act 98-063; encompassing the Firearm Concealed Carry Act as well as changes to the Firearm Owner's Identification (FOID) Act, went into effect. Revisions to the FOID Act (430 ILCS 65/9.5) include requiring individuals whose FOID card is revoked to surrender his or her FOID card to local law enforcement within 48 hours of receiving the revocation notification. The revoked individual must also complete a Firearm Disposition Record form provided by the Illinois State Police (ISP). The local law enforcement agency is required to collect the revoked FOID card and forward the card and a copy of the completed Firearm Disposition Record to the ISP Firearms Services Bureau. If a revoked person is also a sponsor of a minor, the minor's FOID card will also be revoked and should be collected and returned to the ISP. If an individual fails to comply with the requirements of this section within the Act, the sheriff or law enforcement agency may petition the court for a warrant to search for and seize the FOID card and firearms in the revoked individual's possession. A violation of this section constitutes a Class A misdemeanor.

430 ILCS 65/9.5(f) also requires all individuals whose FOID card had previously been revoked and who have not returned their FOID card to the Illinois State Police to receive notification of these new requirements within thirty days of the effective date. By August 1, 2013, previously revoked FOID card holders will be receiving notification and instructions to meet this new standard.

A copy of the Firearm Disposition Record form is attached for your reference. In addition, the form and information concerning the revocation process will be available to the public on the Illinois State Police website at www.isp.state.il.us. Revoked FOID cards and completed Firearm Disposition Record forms should be mailed to: Illinois State Police
Firearms Services Bureau
ATTN: ENFORCEMENT
801 South Seventh Street, Ste. 400-M
Springfield, Illinois 62703

Thank you for your assistance in ensuring firearms are safely secured and out of the hands of revoked persons. Please contact Ms. Debbie Claypool at 217.782.3700, if you have any additional questions.

Respectfully,

Hiram Grau
Director

Enclosures

801 South Seventh Street • Suite 1100-S
Springfield, IL 62703-2487
(217) 782-7263 (voice) • 1 (800) 255-3323 (TDD)
www.illinois.gov • www.isp.state.il.us