IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ABEDE DASILVA,                              )
                                            )
        Plaintiff,                          )
                                            )       NO. 3:18-cv-00640
v.                                          )       JUDGE RICHARDSON
                                            )
JEFFREY L. REINKING,                        )
                                            )
        Defendant.                          )
                                            )
                                            )

**ORDER**

The parties have submitted a Stipulation of Dismissal (Doc. No. 52). The stipulation states

that the parties have settled the disputes in this action. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the

Stipulation sufficed to dismiss this action without any action on the part of the Court. Since this

Stipulation states that the dismissal is with prejudice, the dismissal is indeed with prejudice. *See*

Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Court acknowledges that this action has been

**DISMISSED** with prejudice effective as of the time of the filing of the Stipulation, and the Clerk

is directed to close the file.

        IT IS SO ORDERED.


                                        _Eli Richardson_____
                                        ELI RICHARDSON
                                        UNITED STATES DISTRICT JUDGE